**Order entered December 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00983-CV

**HONG ZHUANG, Appellant**

**V.**

**CARLOS RODRIGUEZ, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18388**

## ORDER

The Court questions whether the new trial order signed by the trial court on July 30, 2019, is an appealable order under the facts of this case. *See In re R.G.A.C.L.G.*, No. 05-20-00457-CV, 2022 WL 123104, at *2 (Tex. App.—Dallas Jan. 13, 2022, no pet.) (mem. op.). The Court orders each party to file a letter brief addressing its concern. Appellant shall file its letter brief no later than January 13, 2023, and appellee shall file its letter brief no later than January 30, 2023.

/s/     ROBBIE PARTIDA-KIPNESS
PRESDING JUSTICE